02-11-199-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00199-CR

 

 


 
 
 JOHN HANKINS
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM COUNTY CRIMINAL Court NO. 4 OF
Denton COUNTY

------------

MEMORANDUM OPINION[1] AND JUDGMENT

PERMANENTLY ABATING APPEAL

 

----------

 

          We
received a letter dated April 5, 2012 from the State and a letter dated April
5, 2012 from Appellant’s counsel, both stating that Appellant John Hankins had died
on March 28, 2012.  The State’s letter included a copy of Hankins’s obituary,
showing that he had died on Wednesday, March 28, 2012.  According to the
parties’ letters, they agree that this appeal should be permanently abated.  See
Tex. R. App. P. 7.1(a)(2).

          The
death of an appellant during the pendency of an appeal deprives this court of
jurisdiction.  Molitor v. State, 862 S.W.2d 615, 616 (Tex. Crim. App.
1993).  Under these circumstances, the appropriate disposition is the permanent
abatement of the appeal.  See Tex. R. App. P. 7.1(a)(2).

          Accordingly,
because no decision of this court had been delivered prior to our receipt of the
parties’ letters and because the parties are in agreement that this appeal
should be permanently abated, the court on its own motion permanently abates the
appeal.  It is therefore ordered, adjudged, and decreed that this appeal is
permanently abated.

 

                                                                             PER
CURIAM

PANEL:  WALKER,
GARDNER, and MEIER, JJ.

DO
NOT PUBLISH

TEX.
R. APP. P. 47.2(b)

 

DELIVERED: 
April 19, 2012









[1]See
Tex. R. App. P. 47.1.